IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY C. REAVES,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**HYUNDAI MOTOR** )<br>**MANUFACTURING ALABAMA, LLC,** )<br>)<br>**Defendant.** ) | Case No. 2:24-cv-759-CWB |

## ORDER

Before the court is a motion by Hyundai Motor Manufacturing Alabama, LLC for leave to amend its Answer. (*See* Doc. 32). The motion is not opposed. (*See id*. at p. 2, ¶ 4). Considering the lack of opposition and the general charge under the Federal Rules of Civil Procedure to "freely give leave when justice so requires," *see* Fed. R. Civ. P. 15(a)(2), it is **ORDERED** that the motion is **GRANTED** such that Hyundai Motor Manufacturing Alabama, LLC is afforded through **December 29, 2025** to formally file the amendment (*see* Doc. 32-1).

**DONE** this the 18th day of December 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**